*The Avalon School*

11811 Claridge Rd.

Wheaton, MD 20902

301.963.8022

www.avalonschools.org


*Brookewood School*

10401 Armory Ave.

Kensington, MD 20895

301.949.7997

www.brookewood.org

# Forwarded Conversation

## Subject: Fw: RJ Hawley from Avalon and Brookewood Schools plan for September
------------------------

From: **Welch, Kenneth** <Kenneth.Welch@montgomerycountymd.gov>
Date: Fri, May 22, 2020 at 12:19 PM
To: rjhawley@avalonschools.org <rjhawley@avalonschools.org>
Cc: Smedley, Ellen <Ellen.Smedley@montgomerycountymd.gov>, Singleton, Leonard E. <Leonard.Singleton@montgomerycountymd.gov>


RJ Hawley,


Thank you for contacting the Montgomery County Department of Health and Human Services regarding guidance for private schools.  At this point, Montgomery County does not exactly know if local government will play a role if schools will be able to operate.  It will depend on if the Governor and the Maryland Department of Education give power to the local authorities and what the status is regarding case load and potential surge of the virus moving into the fall.


Until we know more, we are advising all facilities, plan to open as normal with modifications and policies in accordance with the CDC guidance.

https://www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/index.html

If I can be of any further assistance, please do not hesitate to contact me directly.

Cordially,

Kenny Welch
Environmental Health Manager
Licensure and Regulatory Services
Montgomery County Health and Human Services
255 Rockville Pike, Suite 100
Rockville, Maryland 20850
240-777-3840
240-777-3088 (fax)
kenneth.welch@montgomerycountymd.gov

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s). The information contained in this message may be confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

==================================================================
CONFIDENTIALITY NOTICE: This e-mail and files transmitted with it are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not one of the named recipient(s) or otherwise have reason to believe that you received this message in error, please immediately notify sender by e-mail, and destroy the original message. Thank you.
==================================================================