IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

|  |  |  |
|---|---|---|
| JOHN AND KIMBERLY BEAHN, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: GJH-20-2239 |
| TRAVIS GAYLES, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that:

1. Defendant Montgomery County's and Defendant Marc Elrich's Motion to Dismiss, ECF Nos. 14 & 16, is **GRANTED**;

2. Defendant Travis Gayles' Motion to Dismiss, ECF No. 15, is **GRANTED**; and

3. The Clerk **SHALL CLOSE** the case.

Dated: July 26, 2021

/s/
GEORGE J. HAZEL
United States District Judge